IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-0058-02** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **FAREED RAY**, | : | |
| Defendant | : | |

**O R D E R**

AND NOW, this 5th day of August, 2013, upon consideration of defendant's motion for change of appointed counsel (Doc. 146), and following an *ex parte* hearing held concerning the same at which the court found good cause for the replacement of counsel, and following consultation with the Federal Public Defender's Office to confirm the availability of replacement counsel for defendant Fareed Ray, it is hereby ORDERED that:

1. Defendant's motion for change of appointed counsel (Doc. 146) is GRANTED.

2. The appointment of Daniel M. Myshin, Esquire, as counsel for the defendant is TERMINATED.

3. Elisabeth K.H. Pasqualini, Esquire, 2205 Forrest Hills Drive, Suite 10, Harrisburg, Pennsylvania, 17112, telephone number (717)545-3032, is hereby APPOINTED to represent the defendant in the above-captioned case.

3. The Clerk of Court is directed to forward all necessary materials to Attorney Pasqualini, as soon as possible.

4. Attorney Myshin is directed to provide the file in the above-captioned case to Attorney Pasqualini, as soon as possible.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge