# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CIVIL ACTION NO. 1:12-CR-058-2 |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **FAREED RAY,** | : | |

## ORDER

AND NOW, this 10th day of April, 2014, upon consideration of the motion to suppress evidence (Doc. 211) filed by counsel for defendant Fareed Ray, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion to suppress (Doc. 211) is DENIED.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania