IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:12-CR-58 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **FAREED RAY**, | : | |
| | : | |
| Defendant | : | |

# ORDER

AND NOW, this 4th day of October, 2016, upon consideration of the motion (Doc. 380) for a new trial filed by defendant Fareed Ray, and the parties' respective briefs in support of and opposition to said motion (Docs. 381, 387, 419-421), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that the motion (Doc. 380) for a new trial is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania