# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:12-CR-58** |
| v. : | (Chief Judge Conner) |
| **FAREED RAY**, : | |
| **Defendant** : | |

## ORDER

AND NOW, this 11th day of December, 2018, upon consideration of the letter (Doc. 437) filed by defendant Fareed Ray ("Ray") on December 4, 2018, seeking an extension of time to file a reply brief in support of his motion (Doc. 429) to vacate, set aside, or correct the sentence imposed by this court on March 26, 2015, and further upon consideration of Ray's reply brief (Doc. 438) filed on today's date, and the court concluding, in view of the recent lockdown of Ray's correctional facility, that an extension of the deadline to file a reply brief is warranted, it is hereby ORDERED that Ray's request (Doc. 437) for extension of time to file a reply brief is GRANTED and Ray's reply brief (Doc. 438) is deemed timely filed.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania